Prob 12 (Rev. 11/1/2004)

# United States District Court
## for the
### DISTRICT OF MINNESOTA

United States v. RoChelle Lynn Roen

Docket No. 0864 0:10CR00268-002(PJS)

Petition on Supervised Release

COMES NOW **Randell W. Nikula**, SENIOR U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **RoChelle Lynn Roen** who was sentenced for Conspiracy to Pass Counterfeit Obligations on September 19, 2011, by the Honorable Patrick J. Schiltz, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in a drug/alcohol treatment program
- Mandatory drug testing
- Psychological/psychiatric counseling/treatment
- Employment required
- Financial disclosure
- No new credit
- Notify probation of changes in finances
- Pay $95,982 restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall not leave the judicial district without permission of the court or probation officer.

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

STANDARD CONDITION: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

SPECIAL CONDITION: The defendant shall make monthly payments of at least $100 toward her $95,982.00 restitution.

On December 31, 2012, the defendant released from custody to supervision in the Western District of Wisconsin. She has been supervised in that district since that time while jurisdiction has remained in the District of Minnesota.

On October 21, 2015, this office was notified that the defendant had violated several conditions of supervision. According to her Western District of Wisconsin probation officer, a recent review of the defendant's Facebook account showed the defendant violating her supervision conditions via photos she posted online. Specifically, the defendant left the district without permission, drank alcohol without permission, entered bars without permission, and was not truthful on her monthly report regarding compliance of the above violations. Additionally, the defendant was ordered to pay at least $100 per month during her 3-year term of supervision and has been inconsistent with her payments and paid only $2,840 since being released.

The defendant met with this officer regarding the above violations and admitted that she left the district on four occasions and consumed alcohol between five and seven times while on supervision. She advised that one trip involved salmon fishing in Michigan while another involved taking her daughter to Disneyland in California.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

> The defendant shall participate in a location monitoring program until the expiration of her term of supervised release on December 30, 2015. The defendant shall be monitored using cellular technology. The defendant shall be monitored under the following restrictions: The defendant is restricted to their residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer.
>
> The defendant shall not be required to pay the costs of location monitoring.

ORDER OF THE COURT

Considered and ordered this 18th day of November, 2015, and ordered filed and made a part of the records in the above case.

s/Patrick J. Schiltz
Honorable Patrick J. Schiltz
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Randell W. Nikula*
Randell W. Nikula
Senior U.S. Probation Officer
612-664-5397

Executed on   November 18, 2015
Place         Minneapolis

Approved:

s/ *John G. Baskfield*
John G. Baskfield
Supervising U.S. Probation Officer